UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATINAL BRHANE,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT,<br><br>Respondent. | CASE NO. 2:26-cv-02621-DGE<br><br>ORDER STRIKING PLEADINGS (DKT. NOS. 12, 13, 14) |

Before the Court are Petitioner's recently filed Amended Petition (Dkt. No. 12), Second Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 13) and Motion to Appoint Counsel (Dkt. No. 14). These pleadings appear identical to those submitted by Petitioner at the beginning of this case. (*See* Dkt. Nos. 1, 4, 5.) Accordingly, Petitioner's pleadings (Dkt. Nos. 12, 13, 14) are STRICKEN as duplicative.

Dated this 31st day of August, 2026.

David G. Estudillo
United States District Judge